UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| STEPHANIE HUNSAKER ) | |
| ) | |
| vs. ) | Case No. 08-03423-CV-S-RED-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security. ) | |
| ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X     Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Upon review of the record, the decision of the Administrative Law Judge is hereby AFFIRMED.

**IT IS SO ORDERED.**

January 19, 2010                             Ann Thompson
Date                                          Clerk of the Court


Entered on: January 20, 2010                  s/ Karen Siegert
                                              (By) Deputy Clerk